**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**DANIEL CHAVEZ**                                                                                             **PLAINTIFF**

**v.**                              **CASE NO. 6:24-cv-06090-SOH**

**SUMMIT UTILITIES ARKANSAS, INC.**                                                     **DEFENDANT**

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff Daniel Chavez, through his attorneys at Heaton & Harris LLP, states the following for his Complaint and Demand for Jury Trial:

*Jurisdiction and Venue*

1. Plaintiff Daniel Chavez is a natural person residing in Garland County, Arkansas.

2. Defendant Summit Utilities Arkansas, Inc. is a Colorado Corporation registered to do business in the State of Arkansas with more than 15 employees. Summit Utilities may be served with process via its registered agent Cogency Global Inc., located at 1215 Twin Lakes Drive, Little Rock, AR 72205.

3. That acts and omissions that give rise to this Complaint substantially occurred within the state of Arkansas.

4. Chavez brings this case under the Americans with Disabilities Act codified at 42 U.S.C. § 12101 et seq. Jurisdiction and venue are proper in the United States District Court for the Western District of Arkansas.

5. Chavez has exhausted his administrative remedies by filing a charge with of discrimination with the Equal Employment Opportunity Commission and received a

Notice of Suit Rights on April 15, 2024 (attached as **Exhibit A**), which is within ninety days of the filing of this action.

### *Factual Background*

6. Chavez was hired on March 1, 2021 as a Service Technician by Summit Utilities' predecessor in interest. Upon hire, Chavez informed his employer that he had suffered from seizures in the past. His job responsibilities included driving to various locations to service natural gas lines. From March 1, 2021 until November 22, 2022, Chavez was an exemplary employee.

7. On November 22, 2022, Chavez suffered a seizure while driving a Summit Utilities vehicle that resulted in an accident that caused a casualty. Chavez was not under the influence of any substances, and the sole cause of the accident was Chavez's seizure.

8. Following the accident, a wrongful death claim was made on behalf of the deceased against Summit Utilities, which was settled outside of court.

9. Chavez was placed on leave by Summit Utilities after the accident. Under Arkansas law, Chavez could not operate a vehicle for one year following his seizure.

10. Chavez provided Summit Utilities with a list of reasonable accommodations Summit Utilities could make for him where he could continue his employment. Chavez also interviewed for several open job postings within Summit Utilities after his accident.

11. Rather than make reasonable accommodations or provide Chavez another position within the company, Summit Utilities terminated Chavez on May 26, 2023.

12. Chavez suffered from a period of unemployment before obtaining a job for significantly less compensation than he was earning with Summit Utilities.

### *Cause of Action: Wrongful Termination and Failure to Make Reasonable Accommodations under the Americans with Disabilities Act*

13. Summit Utilities is a covered entity under the Americans with Disabilities Act.

14. Summit Utilities violated the Americans with Disabilities Act by terminating Chavez due to his seizure disorder rather than making a reasonable accommodation as required by law.

15. Chavez has suffered damages in the form of lost wages and other special damages due to Summit Utilities' violation.

### *Jury Demand*

16. Chavez demands a trial by jury.

**THEREFORE,** Plaintiff Daniel Chavez prays for an award of compensatory damages, punitive damages, costs, attorney fees, and all other damages allowed by law against Defendant Summit Utilities.

**Respectfully submitted,**

/s/ Colin C. Heaton
**Colin C. Heaton (AR19076)
Heaton & Harris LLP
P.O. Box 111
Hot Springs, AR 71902-0111
(501) 321-2597
Fax: (501) 732-7025
colin@heatonfirm.com**